```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HENRY ZITTERKOPF, LISA ZITTERKOPF, and BRANDON ZITTERKOPF, Individually and on behalf of his minor son, IZIAH ZITTERKOPF, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:08CV3190 |
| v. | ) ) | |
| LANNY HANKS, in his official and individual capacities, MARK BLISS, in his official and individual capacities, BRYAN MOREHOUSE, in his official and individual capacities, JAY WOODARD, in his official and individual capacities, and ALEX IRONS, in his official and individual capacities, and | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The stipulated motion of the parties, filing 18, is granted and the deadline for filing the parties' Rule 26(f) planning conference report is extended to January 16, 2009.

DATED this 12th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge