IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENRY ZITTERKOPF, LISA ZITTERKOPF, and BRANDON ZITTERKOPF, Individually and on behalf of his minor son, IZIAH ZITTERKOPF, | ) ) ) ) ) ) |
| Plaintiffs, | ) )   7:08CV3190 |
| v. | ) ) |
| LANNY HANKS, in his official and individual capacities, MARK BLISS, in his official and individual capacities, BRYAN MOREHOUSE, in his official and individual capacities, JAY WOODARD, in his official and individual capacities, and ALEX IRONS, in his official and individual capacities, and | ) ) ) ) ) ) ) ) ) ) ) )   ORDER |
| Defendants. | ) ) |

Following a telephone conference with counsel this date,

IT IS ORDERED:

1. Plaintiff's motion for leave to file amended complaint, filing no. 26, is granted and the amended complaint shall be filed forthwith.

2. The Rule 16 telephone planning conference is continued to July 24, 2009 at 9:30 a.m. Central Time. Plaintiff's counsel shall initiate the call.

3. The deadline for filing summary judgment motions based on qualified immunity will be extended at the July 24, 2009 telephone conference.

DATED this 19th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge