IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA ZITTERKOPF, BRANDON ZITTERKOPF, Individually and on behalf of his minor son, Iziah Zitterkopf, and HENRY ZITTERKOPF, | ) ) ) ) ) ) | 7:08CV3190 |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| V. | ) ) | |
| LANNY HANKS, BRYAN MOREHOUSE, JAY WOODARD, ALEX IRONS, MARK BLISS, and JUSTIN VICKERS, in their official and individual capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the agreement of the parties, (filing no. 44), defendants' deadline for disclosure of experts is hereby continued until December 21, 2009.

DATED this 1st day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge