IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON ZITTERKOPF, Individually and on behalf of his minor son, Iziah Zitterkopf, and HENRY ZITTERKOPF, Individually and as Personal Representative of the Estate of Lisa Zitterkopf,<br><br>        Plaintiffs,<br><br>    v.<br><br>LANNY HANKS, BRYAN MOREHOUSE, JAY WOODARD, ALEX IRONS, MARK BLISS, and JUSTIN VICKERS, in their official and individual capacities,<br><br>        Defendants. | 7:08CV3190<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The parties' joint motion to continue the discovery, deposition, and motion deadlines, (filing no. 72), is granted.

2) The discovery and deposition deadline, and the deadline to file motions to dismiss, motions for summary judgment on grounds other than qualified immunity, and motions to exclude expert testimony on *Daubert* and related grounds is extended to March 31, 2010.

DATED this 3rd day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge