IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BRANDON ZITTERKOPF,            )
individually and on behalf of  )
his minor son, IZIAH           )
ZITTERKOPF, HENRY ZITTERKOPF,  )
individually and as Personal   )
Representative of the Estate   )
of LISA ZITTERKOPF,            )
                               )
            Plaintiff,         )       7:08CV3190
                               )
      v.                       )
                               )
LANNY HANKS, in his official   )       ORDER
and individual capacities,     )
BRYAN MOREHOUSE, in his        )
official and individual        )
capacities, and MARK BLISS in  )
his official and individual    )
capacities,                    )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the joint motion to amend progression order (Filing No. 88). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the deadline to file motions to dismiss or motions for summary judgment on grounds other than qualified immunity is **April 16, 2010**.

DATED this 31st day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court