IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BRANDON ZITTERKOPF,            )
individually and on behalf of  )
his minor son, IZIAH           )
ZITTERKOPF, HENRY ZITTERKOPF,  )
individually and as Personal   )
Representative of the Estate   )
of LISA ZITTERKOPF,            )
                               )
          Plaintiff,           )     7:08CV3190
                               )
     v.                        )
                               )
LANNY HANKS, in his official   )     ORDER
and individual capacities,     )
BRYAN MOREHOUSE, in his        )
official and individual        )
capacities, and MARK BLISS in  )
his official and individual    )
capacities,                    )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion to dismiss with prejudice (Filing No. 106).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed with prejudice, each party to bear their own costs.

DATED this 27th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court